```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

TIMOTHY WILLIAMS, #71181                                PETITIONER

vs.                         CIVIL ACTION NO. 5:13-cv-40-DCB-MTP

SAM WINCHESTER                                          RESPONDENT

<u>ORDER</u>

This cause came on this date to be heard upon the Report and Recommendation **[docket entry 7]** of the United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS HEREBY ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court, and that Respondent Sam Winchester's Motion to Dismiss **[5]** is GRANTED and Petitioner Timothy Williams' Petition **[1]** for a Writ of Habeas Corpus is DENIED and dismissed with prejudice.

A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the  12th   day of March, 2014.


                                     s/David Bramlette
                                UNITED STATES DISTRICT JUDGE